# EXHIBIT A

# Higher Pass Rates

**Summer 2013** | Summer 2012

|  | Themis Pass Rate * | State Pass Rate * |
|---|---|---|
| California | 81 % | 68 % |
| Colorado | 94 % | 84 % |
| District of Columbia | 67 % | 56 % |
| Florida | 86 % | 77 % |
| Illinois | 95 % | 89 % |
| Maryland | 93 % | 83 % |
| Massachusetts | 98 % | 88 % |
| Michigan | 80 % | 67 % |
| Missouri | 93 % | 90 % |
| New Jersey | 95 %† | 80 %† |
| New York | 93 % | 86 % |
| Ohio | 95 % | 87 % |
| Pennsylvania | 90 % | 83 % |
| Texas | 91 % | 86 % |
| Virginia | 86 % | 80 % |
| Washington | 87 % | 85 % |

### Uniform Bar Exam States

AZ, CO, DC, IA, ID, MO, MT, ND, NE, NH, UT, WA and WY

90%

* Based on Themis first-time takers who completed 75% or more of their course assignments and on state bar exam first-time takers.

† Number denotes the overall state pass rate and Themis pass rate. New Jersey does not provide their first-time taker pass rate.

# EXHIBIT B



1-800-523-0777   Help   Join   Log In

Enter keyword or class code   Search





Call **1-800-523-0777** 1-212-997-5771 (outside USA and Canada)

Kaptest.com | Affiliate Programs | Corporate Programs | Work for Kaplan | Press/Media | Teach for Kaplan | Terms of Use & Privacy Notice | California Privacy Policy

*Test names and other trademarks are the property of the respective trademark holders. None of the trademark holders are affiliated with Kaplan or this website.

| Graduate Admissions | College Admissions | Medical Licensing | Other Health Sciences | Bar Review | Other Tests |
|---|---|---|---|---|---|
| LSAT - Law School | PSAT/NMSQT® | USMLE | NAPLEX | **English Language/TOEFL®** | Real Estate Licensing |
| MCAT - Medical School | SAT® | COMLEX | NBDE | **Grades K-8** | IT Certification |
| GMAT - Business school | ACT® | | PANCE/PANRE | Online Tutoring | |
| GRE® - Graduate School | SAT Subject Tests™ | **Nursing** | | SHSAT | **Kaplan Open Learning** |
| MAT - Graduate School | AP® Exams | NCLEX® Prep | | SSAT | **Kaplan Financial** |
| DAT - Dental School | | Curriculum Support for Faculty | | ISEE | **Kaplan, Inc.** |
| PCAT - Pharmacy School | College Research Partners | Nursing School Exams | | ASVAB | |
| OAT - Optometry School | **StudentAdvisor.com** | | | | |

# EXHIBIT C



1-800-523-0777    Help    Join    Log In

Enter keyword or class code    Search

## Kaplan Beats BARBRI – Again*!

In July 2011 and July 2013 bar exam exit surveys, examinees who took Kaplan rated Kaplan higher than BARBRI students rated BARBRI in the following areas:

- **Exam-like Practice Questions**
- **Essay Grading**
- **Individual Guidance**
- **Overall Value**

### Kaplan Bar Review | Get The Edge.

There's never been a better time to enroll! Get Started Now

*Based on exit survey of 1,973 July 2011 bar examinees and 1,250 July 2013 bar examinees who took bar review. Surveys conducted at 24 randomly selected locations in states where Kaplan offers full service bar review. Each respondent rated his/her primary bar review course. 2013 survey conducted by MMR Strategy Group.

Call **1-800-523-0777** 1-212-997-5771 (outside USA and Canada)    

Kaptest.com | Affiliate Programs | Corporate Programs | Work for Kaplan | Press/Media | Teach for Kaplan | Terms of Use & Privacy Notice | California Privacy Policy

*Test names and other trademarks are the property of the respective trademark holders. None of the trademark holders are affiliated with Kaplan or this website.

| Graduate Admissions | College Admissions | Medical Licensing | Other Health Sciences | Bar Review | Other Tests |
|---|---|---|---|---|---|
| LSAT - Law School | PSAT/NMSQT® | USMLE | NAPLEX | **English Language/TOEFL®** | Real Estate Licensing |
| MCAT - Medical School | SAT® | COMLEX | NBDE | **Grades K-8** | IT Certification |
| GMAT - Business school | ACT® | | PANCE/PANRE | Online Tutoring | |
| GRE® - Graduate School | SAT Subject Tests™ | **Nursing** | | SHSAT | **Kaplan Open Learning** |
| MAT - Graduate School | AP® Exams | NCLEX® Prep | | SSAT | **Kaplan Financial** |
| DAT - Dental School | | Curriculum Support for Faculty | | ISEE | **Kaplan, Inc.** |
| PCAT - Pharmacy School | College Research Partners | Nursing School Exams | | ASVAB | |
| OAT - Optometry School | **StudentAdvisor.com** | | | | |