CHAPIN FITZGERALD LLP
    Kenneth M. Fitzgerald, Esq. (SBN: 142505)
    kfitzgerald@cftriallawyers.com
    Curtis G. Carll, Esq. (SBN: 248470)
    ccarll@cftriallawyers.com
550 West "C" Street, Suite 2000
San Diego, California  92101
Tel:  (619) 241-4810
Fax: (619) 955-5318

Attorneys for Plaintiff
Themis Bar Review, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Themis Bar Review, LLC,**<br>  *a Delaware limited liability company*,<br><br>                 Plaintiff,<br><br>  v.<br><br>**Kaplan, Inc.,**<br>  *a Delaware corporation,*<br>                 Defendant. | Case No.:  **'14CV0208 L    BLM**<br><br>**Plaintiff Themis Bar Review, LLC's Rule 7.1 Corporate Disclosure Statement** |

Plaintiff Themis Bar Review, LLC certifies that it has no parent corporation, and that no publicly traded corporation holds 10% or more of its stock.

Dated:   January 30, 2014                                  CHAPIN FITZGERALD LLP


                                                           By: /s/ Kenneth M. Fitzgerald
                                                               Kenneth M. Fitzgerald, Esq.
                                                               Curtis G. Carll, Esq.
                                                               Attorneys for Plaintiffs